AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hardiman, Thomas M. | Third Circuit Court of Appeals | August 13, 2009 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U.S. Circuit Judge - Active | 5. Report Type (check appropriate type) <br> ___ Nomination, Date _____ <br> ___ Initial __X__ Annual ___ Final | 6. Reporting Period <br><br> 01/01/08 to 12/31/08 |
|---|---|---|

| 7. Chambers or Office Address <br> 2270 United States Courthouse <br> 700 Grant Street <br> Pittsburgh, Pa. 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE | (No reportable positions.) |
| | |

2009 AUG 13 A 10: 11
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2008 | The First City Company | |
| | | |

**Hardiman, Thomas M**

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements.) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [ ] NONE (No such reportable gifts.) | | |
| Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 500.00 |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [X] NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐  NONE  (No reportable income,) | | | | | | | | | |
| 1  PNC Checking Account | A | Int. | K | T | | | | | |
| 2  ESB Bank Savings Account | C | Int. | | | Sell | 12/31 | | | |
| 3  PNC Money Market Account | C | Int. | N | T | | | | | |
| 4  Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 5  Fulton Financial Stk (CS) | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| WACHOVIA EQUITY ACCT. | | | | | | | | | |
| 6  Evergreen Money Market (MM) | D | Int. | | | Sell | 12/31 | | A | |
| 7  Wachovia Bank (MM) | A | Int. | J | T | Buy | 12/31 | J | | |
| 8  American Axle & Mfg CS | A | Div. | | | Sell | 10/28 | | A | |
| 9  American Eagle Outfitters CS | A | Div. | J | T | Buy | 8/26 | J | | |
| 10  American Express CS | A | Div. | J | T | Buy Sell Buy Buy Buy Buy | 3/17 4/01 6/26 7/22 10/06 10/09 | J J J J J | A | |
| 11  American Int'l Grp. CS | | None | | | Buy Sell Sell | 2/11 10/1 9/23 | J | A A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 12 Armstrong World Industries CS | | None | J | T | Buy / Buy / Sell(pt.) | 2/28 / 3/11 / 4/29 | J / J | A | |
| 13 Bank New York Mellon CS | A | Div. | J | T | Buy / Sell / Sell / Buy / Buy / Buy | 3/17 / 4/18 / 7/17 / 9/29 / 10/06 / 10/16 | J / J / J | A / A | |
| 14 Barrick Gold Corp CS | A | Div. | K | T | | | | | |
| 15 Capital One Financial Corp CS | A | Div. | K | T | Buy / Buy | 1/09 / 6/18 | J / J | | |
| 16 Charming Shoppes CS | | None | K | T | Buy / Buy / Buy / Buy / Buy / Buy / Buy | 1/14 / 3/05 / 3/07 / 6/06 / 7/09 / 7/10 / 10/16 | J / J / J / J / J / J / J | | |
| 17 Cisco Systems CS | | None | K | T | Buy | 2/07 | J | | |
| 18 Clearwire Corp. CS | | None | J | T | Buy | 12/08 | J | | |
| 19 Coca-Cola CS | A | Div. | | | Sell | 1/10 | | D | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 20 Cooper Tire & Rubber CS | A | Div. | | | Buy Sell Sell Sell Sell | 1/23 10/31 11/3 11/25 12/05 | J | A A A A | |
| 21 Corning CS | A | Div. | J | T | Buy Buy Buy | 9/03 9/18 10/02 | J J J | | |
| 22 Coventry Health Care CS | | None | J | T | Buy | 6/23 | J | | |
| 23 Covidien CS | A | Div. | | | Sell | 1/09 | | C | |
| 24 Dana Holding Corp CS | | None | J | T | Buy Buy Buy | 9/04 9/18 9/29 | J J J | | |
| 25 Direct TV CS | | None | K | T | Sell(pt.) | 11/21 | | B | |
| 26 Dish Network CS | | None | J | T | Buy | 11/21 | J | | |
| 27 Disney CS | A | Div. | J | T | Buy Buy | 10/09 10/24 | J J | | |
| 28 Domtar Corp CS | | None | J | T | Buy Buy | 9/09 9/18 | J J | | |
| 29 Dress Barn CS | | None | J | T | Buy Sell(pt.) | 1/09 7/29 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 30  East West Bancorp CS | A | Div. | | | Buy | 1/09 | J | | |
| | | | | | Buy | 1/14 | J | | |
| | | | | | Buy | 1/22 | J | | |
| | | | | | Buy | 4/17 | J | | |
| | | | | | Sell | 8/08 | | A | |
| | | | | | Sell | 9/03 | | A | |
| | | | | | Sell | 9/08 | | A | |
| 31  Ebay CS | | None | J | T | Buy | 1/17 | J | | |
| | | | | | Buy | 1/24 | J | | |
| | | | | | Buy | 7/17 | J | | |
| | | | | | Buy | 8/01 | J | | |
| | | | | | Buy | 9/15 | J | | |
| | | | | | Buy | 10/02 | J | | |
| 32  Exxon Mobil CS | A | Div. | J | T | Buy | 10/10 | J | | |
| | | | | | Sell(pt.) | 12/16 | | B | |
| 33  First Marblehead Corp CS | A | Div. | | | Sell | 7/17 | | A | |
| 34  Gannett Co CS | A | Div. | J | T | Buy | 3/11 | J | | |
| 35  General Electric CS | A | Div. | J | T | Buy | 6/20 | J | | |
| | | | | | Sell | 9/15 | | A | |
| | | | | | Buy | 10/02 | J | | |
| 36  Genworth Financial CS | | None | | | Buy | 9/26 | J | | |
| | | | | | Sell | 9/26 | | A | |
| 37  HSN CS | | None | J | T | Buy | 12/11 | J | | |
| | | | | | Sell(pt.) | 12/19 | | B | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 38 Helix Energy CS | | None | | | Sell / Sell | 10/17 / 10/20 | | A / A | |
| 39 Home Depot CS | A | Div. | | | Sell | 8/29 | | A | |
| 40 Hudson Highland CS | | None | | | Buy / Sell / Sell | 2/08 / 6/19 / 7/08 | J | / B / B | |
| 41 JP Morgan Chase CS | A | Div. | K | T | Buy / Buy | 6/11 / 7/11 | J / J | | |
| 42 Kaiser Aluminum CS | A | Div. | J | T | Buy / Buy / Buy / Buy / Buy | 7/08 / 7/22 / 8/07 / 8/08 / 10/02 | J / J / J / J / J | | |
| 43 Legg Mason CS | A | Div. | K | T | Buy / Buy / Sell / Buy / Buy / Buy / Buy / Buy / Buy | 1/09 / 3/13 / 4/29 / 7/07 / 7/10 / 7/11 / 7/21 / 7/25 / 10/09 | J / J / / J / J / J / J / J / J | / / J / / / / / / | |
| 44 Magellan Health Svcs. CS | | None | | | Sell | 8/13 | | C | |
| 45 Maxim Integreted Prods. CS | A | Div. | | | Buy / Sell / Sell / Sell | 2/08 / 10/20 / 11/4 / 11/21 | / J / J / J | A / / / | |
| 46 Microsoft CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 47 Monster Worldwide CS | | None | J | T | Buy | 10/02 | J | | |
| 48 Motorola CS | A | Div. | | | Sell | 8/06 | | A | |
| 49 NCR CS | | None | K | T | Buy | 1/23 | J | | |
| | | | | | Buy | 8/06 | J | | |
| | | | | | Buy | 9/18 | J | | |
| | | | | | Buy | 10/02 | J | | |
| 50 Newell Rubbermaid CS | A | Div. | | | Sell | 2/01 | | A | |
| 51 Nokia Corp. ADR | A | Div. | K | T | Sell | 2/12 | | C | |
| | | | | | Buy | 6/26 | J | | |
| | | | | | Buy | 9/03 | J | | |
| | | | | | Buy | 9/30 | J | | |
| | | | | | Buy | 10/02 | J | | |
| 52 Noven Pharm. CS | | None | J | T | Buy | 3/14 | J | | |
| | | | | | Buy | 6/30 | J | | |
| 53 Peak Int'l CS | | None | | | Merger | 6/04 | | A | |
| 54 Penn Nat'l Gaming CS | | None | J | T | Buy | 10/30 | J | | |
| 55 Pfizer CS | B | Div. | K | T | | | | | |
| 56 Pharmion Corp. CS | | None | | | Sell | 1/08 | | E | |
| | | | | | Sell | 1/18 | | D | |
| | | | | | Sell | 2/12 | | C | |
| | | | | | Sell | 3/04 | | D | |
| 57 Plato Learning CS | | None | | | Sell | 9/22 | | A | |
| | | | | | Sell | 12/16 | | A | |
| 58 PNC Financial CS | A | Div. | J | T | Buy | 12/09 | J | | |
| | | | | | Buy | 12/12 | J | | |
| | | | | | Buy | 12/23 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 59 Quantum Corp CS | | None | | | Sell | 10/28 | | A | |
| 60 Radyne Corp CS | | None | | | Sell | 8/04 | | C | |
| 61 Sanofi-Aventis CS | A | Div. | K | T | Buy Sell(pt.) | 2/05 7/10 | J | A | |
| 62 Schering Plough CS | A | Div. | K | T | Buy Buy Buy | 3/07 3/31 4/02 | J J J | | |
| 63 Spartech CS | A | Div. | | | Buy Sell | 1/17 6/12 | J | A | |
| 64 Sprint Corp. CS | | None | J | T | Buy | 1/22 | J | | |
| 65 Teradata CS | | None | J | T | | | | | |
| 66 Time Warner CS | A | Div. | K | T | Buy Buy | 1/22 10/02 | J J | | |
| 67 Tyco Electronics CS | A | Div. | | | Sell | 4/18 | | B | |
| 68 Tyco CS | A | Div. | J | T | | | | | |
| 69 US Bancorp CS | A | Div. | J | T | Buy Buy | 7/14 7/15 | J J | | |
| 70 US Treasury Bill | A | Int. | | | Buy Sell Sell Buy Sell | 2/15 3/18 5/15 7/23 10/14 | M L | A A A | |
| 71 Vanguard Admiral MM | D | Div. | | | Sell | 1/02 | | B | |
| 72 Wal-Mart CS | A | Div. | K | T | Sell Sell(pt.) | 4/28 9/16 | | A A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, sets, or transactions) | | | | | | | | | |
| 73 Wellpoint CS | | None | J | T | Buy / Buy / Sell / Sell / Sell(pt.) | 4/04 / 6/19 / 11/26 / 12/09/ / 12/24 | J / J / / / | / / A / A / A | |
| 74 Wells Fargo CS | A | Div. | J | T | Buy / Buy / Buy | 6/11 / 11/06 / 11/21 | J / J / J | | |
| 75 Wilson Leather CS | | None | | | Sell | 11/18 | | A | |
| 76 Winn-Dixie CS | | None | K | T | Sell / Sell / Sell(pt.) | 10/17 / 10/25 / 10/27 | | A / A / A | |
| 77 3M Co. CS | A | Div. | J | T | Buy | 12/11 | J | | |
| | | | | | | | | | |
| WACHOVIA BOND ACCT. | | | | | | | | | |
| 78 Evergreen MMF | A | Int. | | | Sell | 12/31 | | A | |
| 79 Wachovia Bank (MM) | A | Int. | J | T | Buy | 12/31 | J | | |
| 80 ABN Amro Cap VII | B | Int. | J | T | | | | | |
| 81 American Int'l Grp | B | Int. | J | T | | | | | |
| 82 Arch Capital Grp | A | Int. | J | T | | | | | |
| 83 Barclays Bank PLC Pfd. Stk (PF) | B | Div. | J | T | | | | | |
| 84 Deutsche Bank | B | Int. | J | T | | | | | |
| 85 Duke Energy PF | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 86 Eaton Vance En. Equity MF | A | Div. | J | T | | | | | |
| 87 Eaton Vance Gr. India MF | | None | K | T | | | | | |
| 88 Franklin Biotech MF | | None | J | T | | | | | |
| 89 Investment Co. MF | A | Div. | K | T | | | | | |
| 90 Putnam New Opp. MF | | None | J | T | | | | | |
| 91 Renaissance Re Hldgs PF | B | Int. | J | T | | | | | |
| 92 Spectra Energy Corp PF | A | Div. | J | T | | | | | |
| 93 Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| | | | | | | | | | |
| 401(k) ACCOUNT #1 | | | | | | | | | |
| 94 Principal MM | A | Int. | J | T | | | | | |
| 95 Principal Large Cap MF | A | Div. | J | T | | | | | |
| 96 Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |
| 97 Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 98 Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 99 Principal Fin. Grp Inc. | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| 401(k) ACCOUNT #2 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

## VII. Page 10 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 100  Merrill Lynch | A | Int. | J | T | | | | | |
| 101  LSI (f/k/a Agere Systems) CS | | None | J | T | | | | | |
| 102  Central Europe & Russia MF | A | Div. | J | T | | | | | |
| 103  Cisco Systems CS | | None | J | T | | | | | |
| 104  Citigroup CS | A | Div. | J | T | | | | | |
| 105  Dow Chemical CS | A | Div. | J | T | | | | | |
| 106  EMC Corp CS | | None | J | T | | | | | |
| 107  Ford Motor CS | | None. | J | T | | | | | |
| 108  General Electric CS | A | Div. | J | T | | | | | |
| 109  Intel CS | A | Div. | J | T | | | | | |
| 110  Merck CS | A | Div. | J | T | | | | | |
| 111  Nektar Therapeutics CS | | None | J | T | | | | | |
| 112  Panacos Pharm. CS | | None | J | T | | | | | |
| 113  Pfizer CS | A | Div. | J | T | | | | | |
| 114  Qwest CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 11 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 115  Sirius CS | | None | J | T | | | | | |
| 116  Wilsons Leather CS | | None | J | T | | | | | |
| | | | | | | | | | |
| **TRUST #1** | | | | | | | | | |
| 117  PNC Trust Account | A | Int. | J | T | | | | | |
| 118  AMCAP MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 119  Capital World Gr. & Income MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 120  Europacific Growth MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 121  Fundamental Inv. MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 122  Growth Fund of America MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 123  Investment Co of America MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 124  New Perspective MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 125  Washington Mutual Inv. MF | A | Div. | K | T | Buy | 5/15 | J | | |
| | | | | | | | | | |
| **TRUST #2** | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: Q=Appraisal | | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 126 PNC Trust Account | A | Int. | J | T | | | | | |
| 127 AMCAP MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 128 Capital World Gr. & Income MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 129 Europacific Growth MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 130 Fundamental Inv. MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 131 Growth Fund of America MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 132 Investment Co of America MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 133 New Perspective MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 134 Washington Mutual Inv. MF | A | Div. | K | T | Buy | 5/15 | J | | |
| TRUST #3 | | | | | | | | | |
| 135 PNC Trust Account | A | Int. | J | T | | | | | |
| 136 AMCAP MF | A | Div. | k | T | Buy | 5/15 | J | | |
| 137 Capital World Gr. & Income MF | A | Div. | J | T | Buy | 5/15 | J | | |
| 138 Europacific Growth MF | A | Div. | J | T | Buy | 5/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |

## VII. Page 13 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 139 Fundamental Inv. MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 140 Growth Fund of America MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 141 Investment Co of America MF | B | Div. | K | T | Buy | 5/15 | J | | |
| 142 New Perspective MF | A | Div. | K | T | Buy | 5/15 | J | | |
| 143 Washington Mutual Inv. MF | B | Div. | K | T | Buy | 5/15 | J | | |
| | | | | | | | | | |
| TRUST #4 | | | | | | | | | |
| 144 PNC Trust Account | A | Int. | J | T | | | | | |
| 145 AMCAP MF | A | Div. | K | T | | | | | |
| 146 Fundamental Inv. MF | B | Div. | L | T | | | | | |
| 147 Growth Fund of America MF | A | Div. | L | T | | | | | |
| 148 Investment Co of America MF | B | Div. | L | T | | | | | |
| 149 New Perspective MF | B | Div. | K | T | | | | | |
| 150 Washington Mutual Inv. MF | B | Div. | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 14 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| TRUST #5 | | | | | | | | | |
| 151  Wachovia MM | A | Int. | N | T | Buy | 11/13 | N | | |
| 152  AMCAP MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 153  Capital Income Builder MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 154  Capital World Gr. & Income MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 155  Eaton Vance Gr. India MF | | None | K | T | Buy | 11/13 | K | | |
| 156  INTL Growth & Income MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 157  Fundamental INVS Inc. MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 158  Growth Fund of America MF | A | Div. | J | T | Buy | 11/13 | J | | |
| 159  Investment Co. of America MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 160  New Perspectives FD Inc. MF | A | Div. | K | T | Buy | 11/13 | K | | |
| TRUST # 6 | | | | | | | | | |
| 161  Wachovia MM | A | Int. | N | T | Buy | 11/13 | N | | |
| 162  AMCAP MF | A | Div. | K | T | Buy | 11/13 | K | | |

| | |
|---|---|
| 1  Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000 |
| 2  Value Codes: (See Col. C1, D3) | J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=More than $50,000,000 |
| 3  Value Method Codes: | Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 163 Capital Income Builder MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 164 Capital World Gr. & Income MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 165 Eaton Vance Gr. India MF | | None | K | T | Buy | 11/13 | K | | |
| 166 INTL Growth & Income MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 167 Fundamental INVS Inc. MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 168 Growth Fund of America MF | A | Div. | J | T | Buy | 11/13 | J | | |
| 169 Investment Co. of America MF | A | Div. | K | T | Buy | 11/13 | K | | |
| 170 New Perspectives FD Inc. MF | A | Div. | K | T | Buy | 11/13 | K | | |
| | | | | | | | | | |
| REAL ESTATE PARTNERSHIPS | | | | | | | | | |
| 171 West Moon Twp. Assoc. | D | Dist. | M | U | | | | | |
| 172 Bensalem Realty Assoc. | F | Dist. | N | U | | | | | |
| 173 Rodi Land Assoc. | D | Dist. | M | U | | | | | |
| 174 FC Donegal Assoc. | G | Dist. | O | U | | | | | |
| 175 First City GA Partners | E | Dist. | N | U | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

## VII. Page 16 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 176 First City WV Partners | A | Dist. | | | Liquidation | 12/31 | | F | |
| 177 McIntyre Square Associates | D | Dist. | M | U | | | | | |
| 178 FC Hampton LP | A | Dist. | | | Liquidation | 12/31 | | A | |
| | | | | | | | | | |
| SCHWAB ACCOUNT | | | | | | | | | |
| 179 3M CS | A | Div. | J | T | | | | | |
| 180 Allegheny County Bond BD | B | Int. | K | T | | | | | |
| 181 AmerisourceBergen Corp CS | A | Div. | J | T | | | | | |
| 182 Baker Hughes CS | A | Div. | | | Sell | 10/28 | | A | |
| 183 Bard CR Inc. CS | A | Div. | J | T | | | | | |
| 184 Becton Dickinson CS | A | Div. | J | T | | | | | |
| 185 Bentworth School Dist. BD | A | Int. | K | T | | | | | |
| 186 BP PLC ADR | A | Div. | J | T | | | | | |
| 187 CBL & Assoc REIT | | None | | | Sell | 6/19 | | A | |
| 188 Central Bucks Pa BD | A | Int. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 17 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 189 Central Dauphin Pa BD | B | Int. | K | T | Buy | 10/08 | K | | |
| 190 Cisco CS | | None | J | T | Buy | 2/08 | J | | |
| 191 Clarcor CS | A | Div. | K | T | | | | | |
| 192 Colgate Palmolive CS | A | Div. | J | T | Buy | 5/01 | J | | |
| 193 Comcast CS | A | Div. | J | T | | | | | |
| 194 Dentsply CS | A | Div. | K | T | | | | | |
| 195 Downington Pa. School Dist. BD | B | Int. | K | T | | | | | |
| 196 Eaton Corp CS | A | Div. | J | T | Buy | 9/04 | J | | |
| 197 Emerson Elec. CS | A | Div. | J | T | | | | | |
| 198 Exxon Mobil CS | A | Div. | K | T | | | | | |
| 199 Fox Chapel School Dist. BD | B | Int. | K | T | | | | | |
| 200 General Electric CS | A | Div. | J | T | | | | | |
| 201 IBM CS | A | Div. | J | T | | | | | |
| 202 ITT Corp. CS | A | Div. | J | T | Sell | 5/08 | | A | |
| 203 Ingersoll Rand CS | A | Div. | J | T | Buy Sell(pt.) | 9/04 11/14 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: Q=Appraisal | | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

## VII. Page 18 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 204 Johnson & Johnson CS | A | Div. | J | T | | | | | |
| 205 Kimberly-Clark CS | A | Div. | J | T | | | | | |
| 206 Leggett & Platt CS | A | Div. | J | T | Sell(pt.) | 2/13 | | A | |
| 207 Lower Merion Twp. BD | B | Int. | K | T | Sell(pt.) | 8/01 | | A | |
| 208 Lubrizol CS | A | Div. | J | T | Buy | 11/14 | J | | |
| 209 McGraw Hill CS | A | Div. | J | T | | | | | |
| 210 Nokia CS | | None | J | T | Buy | 9/03 | J | | |
| 211 Northhampton Cty BD | B | Int. | K | T | | | | | |
| 212 Pepsico CS | A | Div. | J | T | | | | | |
| 213 PNC Financial CS | A | Div. | J | T | | | | | |
| 214 Praxair CS | A | Div. | J | T | Buy | 11/14 | J | | |
| 215 Republic Services CS | A | Div. | J | T | Buy | 11/05 | J | | |
| 216 Schlumberger CS | A | Div. | J | T | Buy | 10/21 | J | | |
| 217 Schwab MM | A | Int. | J | T | | | | | |
| 218 Somerset Cty BD | A | Int. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 13, 2009 |

## VII. Page 19 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 219 Sysco Corp. CS | A | Div. | J | T | | | | | |
| 220 Unilever CS | A | Div. | K | T | | | | | |
| 221 United Parcel Svc. CS | A | Div. | J | T | | | | | |
| 222 Wells Fargo CS | | None | J | T | Sell(pt.) | 10/02 | | A | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3 | Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _August 12, 2009_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544